2579.   LOWE COMPANY *v.* CUNDELL LUMBER COMPANY.

HILL, C. J.   No error of law is complained of, and no question of law is made by the record.   The issues involved only questions of fact, and the evidence fully supports the verdict.                    *Judgment affirmed.*

DECIDED JULY 19, 1910.

Complaint; from city court of Floyd county—Judge Hamilton. March 4, 1910.

*Sharp & Sharp,* for plaintiff.

*Dean & Dean,* for defendant.